# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY CROSS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-01921-M |
| WAL-MART STORES TEXAS LLC, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Joint Agreed Motion to Compel Arbitration and Stay Litigation (ECF No. 5). The parties agree that this case is subject to a binding arbitration provision and have agreed to stay this litigation in favor of arbitration through Judicial Workplace Arbitrations ("JWA"). Plaintiff agrees to file a demand for arbitration with JWA within one week of the date of this Order. The Agreed Motion is GRANTED.

IT IS ORDERED that in light of the parties' agreement to arbitrate this matter, the parties shall submit this case to arbitration within one week of the date of this Order. The case is STAYED pending the outcome of the arbitration. The Clerk of Court is directed to close this case for statistical purposes. The parties shall notify the Court within 30 days of the arbitration's conclusion.

**SO ORDERED**.

August 11, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE